ROBERT J. GONZALEZ, ESQ. (SBN 179250)
**LAW OFFICES OF**
**ROBERT J. GONZALEZ**
P.O. Box 221239
Sacramento, CA 95822
Phone: (916) 455-9991
Fax:    (916) 455-9992

Attorney for Defendants
BENITO MURILLO AND BEATRIZ MURILLO

# UNITED STATES DISTRIC COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **MERYL POMPONIO** | Case No.: 2:19-CV-00203-KJM-AC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |
| vs. | |
| **MAADARANI'S AUTO SALES INC., ET AL.** | |
| Defendants. | |

    IT IS HEREBY STIPLUATED subject to approval by the court, Plaintiff and Defendants, through their respective counsel, hereby stipulate to an extension of the time within which the Defendants must file a response to Plaintiff's Complaint from March 27, 2019, to and including April 24, 2019, or to such other date that the court may order.

    Good cause exists for granting this extension, as follows: counsel for the parties are actively engaged in productive settlement discussions to reach a settlement of this matter.

    Plaintiff effected service of the complaint on March 6, 2019.

    Defendants have obtained no prior extensions of the time within which to file Defendants' responsive pleadings.

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER

- 1 -

Dated: March 21, 2019            **LAW OFFICES OF ROBERT J. GONZALEZ**

/s/Robert J. Gonzalez
ROBERT J. GONZALEZ
Attorney for Defendants
BENITO MURILLO AND BEATRIZ MURILLO

Dated: March 21, 2019            **MALAKAUSKAS LAW, APC**

/s/Daniel Malakauskas
DANIEL MALAKAUSKAS
Attorney for Plaintiff
MERYL POMPONIO

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED.** Defendant shall answer or otherwise respond to Plaintiff's complaint on or before Wednesday, April 24, 2019.

DATED: March 22, 2019.

_____
UNITED STATES DISTRICT JUDGE